# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Commonwealth Land Title Insurance Company
_____
Plaintiff

vs.                                    Civil Action No. 1:17-cv-01070

KCI Technologies, Inc., et al.,
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  12th  day of  April  , 20 18  , that

Plaintiff Commonwealth Land Title Insurance Company

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  13th  day of  March  , 20 18

in favor of  Defendants KCI Technologies, Inc. and Wiles Mensch Corp.

against said  Plaintiff Commonwealth Land Title Insurance Company

/s/Joseph Nah, Esq.
_____
Attorney or Pro Se Litigant

Fidelity National Law Group
8100 Boone Blvd., Suite 600
Vienna, VA 22182
(703) 245-0292
Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Jonathan C. Shoemaker, Esquire
Dalene A. Radcliffe, Esquire
Lee/Shoemaker PLLC
1400 Eye Street, Suite 200
Washington, DC 20005
Counsel for Defendant Wiles Mensch Corp.

Howard S. Stevens, Esq.
Meighan G. Burton, Esq.
PASCALE STEVENS LLC
2700 Lighthouse Point E. Suite 500
Baltimore, MD 21224
Counsel for Defendant KCI Technologies, Inc.