# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-7051**                            **September Term, 2018**
FILED ON: APRIL 26, 2019

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
        APPELLANT

v.

KCI TECHNOLOGIES, INC. AND WILES MENSCH CORPORATION,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01070)

Before: GARLAND, *Chief Judge*, and TATEL and WILKINS, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's order dismissing Appellant's complaint as to counts one, two, and three be reversed and the case be remanded for proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                        BY:    /s/

                                              Ken Meadows
                                              Deputy Clerk

Date: April 26, 2019

Opinion for the court filed by Circuit Judge Wilkins.